# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0793
_____

CHARLENE JOHNSON c/o William
Wilson - Sevita Health,

    Appellant,

    v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

    Appellee.

_____

On appeal from the Department of Children and Families.
Paul Daniocek, Hearing Officer.

June 16, 2026

PER CURIAM.

    AFFIRMED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Melanie C. Kalmanson of Quarles & Brady LLP, Tampa, for Appellant.

David G. Tucker, Regional Counsel, Jacksonville, for Appellee.